■ DOROTHY KEYISHIAN, Appellant, v ANDREW P. HANNES, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Orange County, dated October 31, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Patsalos in his memorandum decision at Trial Term. Thompson, J. P., Lawrence, Rubin and Spatt, JJ., concur.